```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    SUPERSEDING
                                 :    INDICTMENT
       -v-                       :
                                 :    S1 07 Cr. 527 (SAS)
ABEL GONZALEZ-CASILLAS,          :
     a/k/a "Abel Gonzales        :
              Casillas,"         :
     a/k/a "Chaparo,"            :
     a/k/a "Playero,"            :
     a/k/a "Taquache,"           :

LUIS RAMIREZ,                    :
     a/k/a "Gallo," and          :

ISRAEL TORRES,                   :
                                 :
          Defendants.            :
                                 :
- - - - - - - - - - - - - - - - x
```



## COUNT ONE

The Grand Jury charges:

1.   From at least in or about August 2006, up to and including at least in or about June 2007, in the Southern District of New York and elsewhere, ABEL GONZALEZ-CASILLAS, a/k/a "Abel Gonzales Casillas," a/k/a "Chaparo," a/k/a "Playero," a/k/a "Taquache," LUIS RAMIREZ, a/k/a "Gallo," and ISRAEL TORRES, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that ABEL GONZALEZ-CASILLAS, a/k/a "Abel Gonzales Casillas," a/k/a

"Chaparo," a/k/a "Playero," a/k/a "Taquache," LUIS RAMIREZ, a/k/a "Gallo," and ISRAEL TORRES, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21 of the United States Code.

<u>Overt Acts</u>

3.  In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a.  On or about October 17, 2006, ABEL GONZALEZ-CASILLAS, a/k/a "Abel Gonzales Casillas," a/k/a "Chaparo," a/k/a "Playero," a/k/a "Taquache," the defendant, had a telephone conversation with LUIS RAMIREZ, a/k/a "Gallo," about 55 kilograms of cocaine.

   b.  On or about October 19, 2006, ISRAEL TORRES, the defendant, possessed approximately 55 kilograms of cocaine.

   c.  On or about June 1, 2007, ABEL GONZALEZ-CASILLAS, a/k/a "Abel Gonzales Casillas," a/k/a "Chaparo," a/k/a "Playero," a/k/a "Taquache," the defendant, had a telephone conversation with a co-conspirator not named as a defendant herein, who was in the Bronx, New York, about the sale of

cocaine.

(Title 21, United States Code, Section 846.)

<u>Forfeiture Allegation as to Count One</u>

4.  As a result of committing the controlled substance offense alleged in Count One of this Indictment, ABEL GONZALEZ-CASILLAS, a/k/a "Abel Gonzales Casillas," a/k/a "Chaparo," a/k/a "Playero," a/k/a "Taquache," LUIS RAMIREZ, a/k/a "Gallo," and ISRAEL TORRES, the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of said violation.

<u>Substitute Asset Provision</u>

5.  If any of the above-described forfeitable property, as a result of any act or omission of ABEL GONZALEZ-CASILLAS, a/k/a "Abel Gonzales Casillas," a/k/a "Chaparo," a/k/a "Playero," a/k/a "Taquache," LUIS RAMIREZ, a/k/a "Gallo," and ISRAEL TORRES, the defendants:

> a.  cannot be located upon the exercise of due diligence;
>
> b.  has been transferred or sold to, or deposited with, a third person;
>
> c.  has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of ABEL GONZALEZ-CASILLAS, a/k/a "Abel Gonzales Casillas," a/k/a "Chaparo," a/k/a "Playero," a/k/a "Taquache," LUIS RAMIREZ, a/k/a "Gallo," and ISRAEL TORRES, the defendants,, up to the value of the above forfeitable property.

    (Title 21, United States Code, Sections 853.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

ABEL GONZALEZ-CASILLAS,
a/k/a "Abel Gonzales Casillas,"
a/k/a "Chaparo," a/k/a "Playero,"
a/k/a "Taquache,"
LUIS RAMIREZ, a/k/a "Gallo,"
and ISRAEL TORRES,

**Defendants.**

**INDICTMENT**

S1 07 CR 527 (SAS)

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

11/21/07- Fld. Superseding Indictment
S1 0Cr. 527.(SAS).

s/Katon, J. U.S.M.J.