

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

December 19, 2007

**By Facsimile**
Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, New York 10007

RECEIVED
CHAMBERS OF
DEC 19 2007
JUDGE SCHEINDLIN

Re: United States v. Abel Gonzalez-Casillas, et al.
S1 07 Cr. 527 (SAS)

Dear Judge Scheindlin:

The Government writes, after speaking with Your Honor's Deputy, to respectfully request that the conference in the above-referenced matter scheduled for Thursday, December 20, 2007, be rescheduled to January 3, 2008, at 3:30 p.m. The Government makes this request after being informed by the United States Marshals Service that Mr. Gonzalez's two co-defendants (Israel Torres and Luis Ramirez), who are being brought to the Southern District of New York from California on writs, have not yet arrived in this District, and will not arrive by December 20, 2007.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between December 20, 2007 and January 3, 2008. This delay will permit the Government and counsel for Mr. Gonzalez-Casillas to continue discussions concerning the possibility of a disposition before trial, and provide him with an opportunity to review discovery produced by the Government. In addition, it will allow the parties to convene at a time when all the parties are present. Although I previously have spoken with Mr. Marks about the possibility of seeking an adjournment of the conference, I did not expressly discuss with him whether he would consent to a Speedy Trial exclusion, and I have been unable to reach him by telephone today.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Jonathan Marks, Esq. (By facsimile)

[Handwritten annotation: Request granted. Time excluded. Conf. adjourned to Jan. 3 at 3:30. So Ordered. /s/ 12/19/07]